HONORABLE RONALD B. LEIGHTON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MIGUEL MIER-NAVA,

Defendant.

Case No. CR06-5351 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion to Withdraw Waiver of Right to Speedy Trial [Dkt. #116].

Having considered the entirety of the records and file herein, and having considered that the waiver [Dkt. #112] was filed in error, it is hereby:

**ORDERED** that the motion is **GRANTED**.  The Court will deem that Miguel Mier-Nava did not consent to a continuance in this matter and did not waive his rights to a speedy trial.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 17th day of July, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1