HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MIGUEL MIER-NAVA, et al, <br><br> Defendants. | Case No. CR06-5351RBL <br><br> ORDER |

THIS MATTER comes on before the above-entitled Court upon counsel for the Defendant Miguel Mier-Nava's Motion to Withdraw [Dkt. #257].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

The motion of Jay Berneburg, Esq. to withdraw as retained counsel for the defendant is **GRANTED**. The defendant was previously found to be indigent and was represented by CJA counsel. The CJA Administrator shall locate CJA counsel for the defendant who will then be substituted for Mr. Berneburg. Mr. Berneburg's responsibilities as counsel of record shall continue until new counsel is appointed.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 16th day of May, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE